UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> BOOHOO GROUP, PLC, et al., <br><br> Defendants. | Case No. 19-cv-04078-SI  (SI) <br><br> **PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 3/6/2020 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  12/6/2019

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 6/26/2020.

DESIGNATION OF EXPERTS: 7/24/2020; REBUTTAL: 8/21/2020;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 10/9/2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; 11/6/2020;
    Opp. Due: 11/20/2020; Reply Due: 11/30/2020;
    and set for hearing no later than 12/11/2020 at 10:00 AM.

PRETRIAL CONFERENCE DATE: 2/9/2021 at 3:30 PM.

JURY TRIAL DATE: 2/22/2021 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Case referred to Private Mediation by agreement of the parties.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: October 21, 2019

_____
SUSAN ILLSTON
United States District Judge